IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-703 |
| v. | : | |
| | : | |
| NATHANIEL PITTS | : | |

## O R D E R

**AND NOW,** this **28th** day of **October, 2011,** it is hereby **ORDERED** that Defendant's motions for a new trial and judgment of acquittal (Doc. no. 94) are **DENIED**.

**AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**